Clyde A. **CARPENTER,**
Movant/Appellant,

v.

**STATE of Missouri,**
Respondent/Respondent.

No. 70954.

Missouri Court of Appeals,
Eastern District,
Division One.

May 27, 1997.

Dave Hemingway, Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Breck K. Burgess, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

---

**3.** Gordon stated he was unsure what time his employees left the job site on the day prior to the accident.

### ORDER

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).